# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 9/28/2021 | **Time:** 1:57pm-2:04pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 21-cv-03135-YGR | **Case Name:** Whitaker v. Tesla Motors, Inc. | |

**Attorney for Plaintiff:** Dennis J. Price
**Attorney for Defendant:** Rohit A. Sabnis

**Deputy Clerk:** Frances Stone          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Defendant's Motion to Dismiss and Request for Judicial Notice  [Dkt. No. 12]- HELD VIA ZOOM WEBINAR VIDEOCONFERENCE.

Court grants in part and denies in part Motion to Dismiss.
Defendant's response to complaint filed in 20 days (10/18/21).