UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN WHITAKER,**<br><br>             Plaintiff,<br><br>     v.<br><br>**TESLA MOTORS INC.,**<br><br>             Defendant. | Case No.  4:21-cv-03135-YGR<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 24 |

On June 29, 2022, this Court denied plaintiff's untimely and unjustified request to extend the deadline for a joint site inspection. Plaintiff has since taken no action in this case. Accordingly, plaintiff is **HEREBY ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute. Within seven (7) days of this order, plaintiff shall file a response showing good cause for an extension of the site inspection deadline or voluntarily dismissing this case. Failure to do so will be deemed an admission that good cause exists for dismissal and the case will be dismissed sua sponte.

**IT IS SO ORDERED.**

Dated: August 30, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE